UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


PETER SHAREEF ARABO,

     Plaintiff,

                                   Case No.  12-11003
-vs-                           Hon:  AVERN COHN

GREEKTOWN CASINO, LLC, et al.,

     Defendants.

_____/


## ORDER OF BIFURCATION


     This case involves multiple defendants and multiple claims.  The case relating to

defendants Greektown Casino, LLC, Lee Howes, Wayne Gallagher and John H.  Autrey,

and the claims against them, are BIFURCATED, and shall be tried separately.  Papers

relating to these defendants shall be sub-captioned Greektown Casino, LLC case.

     SO ORDERED.


Dated:  June 14, 2012           S/Avern Cohn_____
                               AVERN COHN
                               UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record
on this date, June 14, 2012, by electronic and/or ordinary mail.


                                 S/Julie Owens_____
                                 Case Manager, (313) 234-5160