UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PETER SHAREEF ARABO,

    Plaintiff,

-vs-

                                Case No. 12-11003
                                Hon: AVERN COHN

GREEKTOWN CASINO, LLC, et al.,

    Defendants.

_____/

## ORDER OF BIFURCATION

This case involves multiple defendants and multiple claims. The case relating to defendants Greektown Casino, LLC, Lee Howes, Wayne Gallagher and John H. Autrey, and the claims against them, are BIFURCATED, and shall be tried separately. Papers relating to these defendants shall be sub-captioned Greektown Casino, LLC case.

    SO ORDERED.


Dated: June 14, 2012               S/Avern Cohn
                                         AVERN COHN
                                         UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, June 14, 2012, by electronic and/or ordinary mail.

                                                     S/Julie Owens
                                                     Case Manager, (313) 234-5160